No. 01–10724.  BENNETT *v.* NEW HAMPSHIRE.  C. A. 1st Cir. Certiorari denied.

No. 01–10726.  MARTINEZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–10727.  MOREJON *v.* SWOPE, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 01–10728.  PATTERSON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 01–10730.  DUNCAN *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 01–10731.  KERNS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–10732.  KEMMERLING *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–10733.  MARSHALL *v.* TRIPPETT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–10734.  GRAY-BEY *v.* SNYDER, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 01–10735.  MORTON *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 01–10736.  McCRIGHT *v.* McGRATH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 01–10737.  HARRISON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 01–10738.  RICHARDS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–10739.  SMITH *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–10740.  SOLOMON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–10741.  MILES *v.* WATERS, WARDEN.  C. A. 4th Cir. Certiorari denied.